U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 2 2 2007

ROBERT A. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ALICIA BAKER

VERSUS

DR. LESTER PETERMAN, ET AL

CIVIL ACTION NO.: 1:-5CV1739

JUDGE DRELL

MAG. JUDGE KIRK

## ORDER

Considering the foregoing:

IT IS ORDERED that plaintiff be allowed to perfect service of the summons and complaint WITHIN 30 DAYS FROM MAY 21, 2007 in the captioned matter and that upon same being done the referenced matter be reinstated.

ALEXANDRIA, LOUISIANA this 21st day of MAY, 2007.

_____
JUDGE